Gregory L. Spallas, SBN 129306
Shivani Sutaria, SBN 249942
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, Tenth Floor
San Francisco, California 94108
Tel:   (415) 278-9400
Fax:   (415) 278-9411

Attorneys for Defendant
WAL-MART, STORES, INC., (erroneously sued herein as WAL-MART, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH JACKSON,

    Plaintiff,

vs.

WAL-MART, INC.,

    Defendant.

Case No. C08 01670 TO BE ASSIGNED

[Santa Clara County Superior Court
Case No. 1-07-CV-080169]

**DEFENDANT WAL-MART STORES, INC.'S PETITION FOR REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY]**

JURY TRIAL DEMANDED

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF:**

    PLEASE TAKE NOTICE THAT Defendant WAL-MART STORES, INC. (Wal-Mart) removes to this United States District Court the state court action described below.

    1.    On or about February 15, 2007, Plaintiff filed a wrongful termination in violation of public policy action in the Superior Court of the State of California in and for the County of Santa Clara entitled *Kenneth Jackson v. Wal-Mart, Inc.* A copy of the Complaint is attached hereto as **Exhibit A**.

    2.    The first date upon which Defendant Wal-Mart received a copy of the said Complaint was more than seven months later on or about September 18, 2007, when Defendant Wal-Mart Stores, Inc. was served through its registered agent with a copy of the Complaint and a

-1-
DEFENDANT WAL-MART STORES, INC.'S PETITION FOR REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY]    *U.S.D.C. – Northern District of California, Case No. TBD*

Summons. A copy of the Summons and Service of Process Transmittal are attached hereto as **Exhibit B** and **Exhibit C**, respectively.

3. This action is a civil action of which this Court now has original jurisdiction pursuant to 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant Wal-Mart pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and that the matter in controversy will exceed the sum of $75,000, exclusive of interest and costs.

4. Defendant Wal-Mart is informed and believes that Plaintiff, according to the Complaint, is a citizen of the State of California. Defendant Wal-Mart was, at the time of the filing of this action, and still is, a corporation incorporated under the laws of the State of Delaware and has its principal place of business in the State of Arkansas. This is the only Defendant that has been served with the Summons and Complaint in this action, and there are no other defendants named in this action. (*See* Plaintiff's Summons attached as **Exhibit B**.)

5. It was unclear from the face of Plaintiff's Complaint filed in state court whether the potential recoverable damages could exceed the minimum diversity jurisdictional amount of $75,000. Plaintiff's Complaint stated, "Loss of Life Insurance and Other Damage Not Known at this Time." (*See* **Exhibit A**, page 3.)

6. Defendant first ascertained that this case was removable on March 6, 2008 when Defendant was served with Plaintiff's response to Defendant's Request for Statement of Damages, which Defendant served on Plaintiff on October 30, 2007. Plaintiff's Statement of Damages should have been served on or about November 19, 2007, along with Plaintiff's other responses to Defendant's written discovery requests. However, it was only after the court granted Defendant's Motion to Compel Responses and for Monetary Sanctions against Plaintiff that Plaintiff provided the information necessary to remove this matter to federal court. A copy of Judge Socrates P. Manoukian's order granting Defendant's Motion to Compel Responses and for Monetary Sanctions against Plaintiff is attached hereto as **Exhibit D**. It is only now clear to Defendant that Plaintiff's potential recoverable damages could exceed the minimum diversity jurisdictional amount of $75,000. In Plaintiff's Statement of Damages response, Plaintiff seeks

1  (1) Loss of Earnings: estimate to date: $24,856, (2) Pain and Suffering: $100,000, and (3) Loss
2  of life insurance. A copy of Plaintiff's Statement of Damages is attached hereto as **Exhibit E**.
3      7.   Defendant Wal-Mart herein requests a trial by jury pursuant to Rule 38 of the
4  Federal Rules of Civil Procedure.
5      WHEREFORE, Defendant Wal-Mart Stores, Inc. now removes the above-entitled action
6  to the United States District Court for the Northern District of California pursuant to 28 U.S.C. §
7  1441(b).

10  Dated: March 25, 2008                    PHILLIPS, SPALLAS & ANGSTADT LLP

                                             */s/ Gregory L. Spallas*
                                             Gregory L. Spallas
                                             Shivani Sutaria
                                             Attorneys for Defendant
                                             WAL-MART STORES, INC.

**PROOF OF SERVICE**

*Kenneth Jackson v. Wal-Mart Stores, Inc.*

**United States District Court for the Northern District of California, Case No. TBD**

I am a citizen of the United States and a resident of the County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 650 California Street, 10th Floor, San Francisco, CA 94108.

__X__  On the date indicated below, I served the document(s) designated below on all parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office in accordance with ordinary business practices for deposit with the United States Postal Service in San Francisco, California. I am readily familiar with my office business practice for collection and processing of correspondence for mailing and the within correspondence will be deposited with the United States Postal Service this date in the ordinary course of business.

_____  On the date indicated below, I served the document(s) designated below by transmitting a true copy thereof from facsimile number (415) 278-9411 to the facsimile number(s) listed below, pursuant to California Rule of Court 2008. I hereby certify that there was no error in transmission, that the transmission was reported and complete, and that a transmission report was properly issued by sender's facsimile machine.

**DOCUMENT(S) SERVED:**

DEFENDANT WAL-MART STORES, INC.'S PETITION FOR REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY]

DEFENDANT WAL-MART STORES, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY]

DECLARATION OF GREGORY L. SPALLAS IN SUPPORT OF DEFENDANT WAL-MART STORES, INC.'S PETITION FOR REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. §1441(b) [DIVERSITY]

Stuart Wilson Esq.
LAW OFFICES OF STUART WILSON
1671 The Alameda, Suite 300
San Jose, California 95126

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **March 25, 2008**, at San Francisco, California.

_____
Joseph M. Clark

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Kenneth Jackson<br>c/o Stuart Wilson<br>1671 The Alameda, Suite 300<br>San Jose, California 95126<br>TELEPHONE NO: (408) 832-1311    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): In Propria Persona | (ENDORSED)<br>**FILED**<br>FEB 1 5 2007<br>KIRI TORRE<br>Chief Executive Officer/Clerk<br>Superior Court of CA County of Santa Clara<br>BY _____ DEPUTY<br>M. Huerta |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS: San Jose, California 95113
CITY AND ZIP CODE:
BRANCH NAME: Downtown - Unlimited Jurisdiction

PLAINTIFF: Kenneth Jackson

DEFENDANT: Wal-Mart, Inc.

[✓] DOES 1 TO 10

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE    [✓] OTHER (specify):
   [ ] Property Damage    [ ] Wrongful Death
   [✓] Personal Injury    [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded    [ ] does not exceed $10,000
   [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER: 107CV080169

1. Plaintiff (name or names): Kenneth Jackson
   alleges causes of action against defendant (name or names):
   Defendant Wal-Mart, Inc.
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]
COMPLAINT—Personal Injury, Property Damage, Wrongful Death
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: Jackson v. Wal-Mart, Inc. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): Wal-Mart, Inc.
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1 to 5   were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 5 to 10   are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]   COMPLAINT—Personal Injury, Property Damage, Wrongful Death   Page 2 of 3

PLD-PI-001

| SHORT TITLE: Jackson v. Wal-Mart, Inc. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☒ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☐ loss of use of property
    c. ☐ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☒ loss of earning capacity
    g. ☒ other damage *(specify)*:

    Loss of Life Insurance and other damage not known at this time.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☒ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: February 15, 2007

Kenneth Jackson
(TYPE OR PRINT NAME)

▶ *Kenneth C. Jackson*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(3)

| SHORT TITLE: Jackson v. Wal-Mart, Inc. | CASE NUMBER |
|---|---|

First _____ **CAUSE OF ACTION—Intentional Tort**    Page ___4___
(number)

ATTACHMENT TO  ☑ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: Kenneth Jackson

alleges that defendant *(name)*: Wal-Mart, Inc.

☑ Does 1 to 10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)* February 25, 2005
at *(place)* Gilroy, California

*(description of reasons for liability)*:

TERMINATION IN VIOLATION OF PUBLIC POLICY:

 Plaintiff was employed by Defendant from June 10, 1996, to February 25, 2005, as a greeter in Gilroy, California. On February 25, 2005, Plaintiff was terminated from his employment without good and just cause in violation of the California Fair Employment and Housing Act in that he was terminated because of his age and mental condition. Plaintiff has exhausted his administrative remedies. As a proximate result of the above violation of public policy Plaintiff has lost earnings and his life insurance policy, humiliation, embarrassment and mental anguish.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION–Intentional Tort**

Page 1 of 1
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Jackson v. Wal-Mart, Inc. | |

<u>Second</u>     **CAUSE OF ACTION—Intentional Tort**    Page   <u>5</u>
(number)

ATTACHMENT TO  ☑ Complaint  ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: Kenneth Jackson

    alleges that defendant *(name)*: Wal-Mart, Inc.

    ☑ Does <u>1</u> to <u>10.</u>

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)* February 25, 2005
at *(place)* Gilroy, California

*(description of reasons for liability)*:

BREACH OF IMPLIED CONTRACT OF CONTINUED EMPLOYMENT:

    Plaintiff hereby incorporates the allegations in the first cause of action into this cause of action. Plaintiff worked for Defendant for nearly 10 years with good performance evaluation. Plaintiff concluded that he had entered into an implied contract that he would not discharged without good cause. Based upon the conduct of Plaintiff and Defendant, Plaintiff had an employment contract that he would be employed as along as his performance was satisfactory and that Defenant would not discharge him without good and just cause. Plaintiff fulfilled his obligations under said contract. Plaintiff was terminated on February 25, 2005, without just and good cause. Said termination was because of Plaintiff's age and mental condition.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION–Intentional Tort**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Jackson v. Wal-Mart, Inc. | |

| Third | CAUSE OF ACTION—Intentional Tort | Page 6 |
|---|---|---|
| (number) | | |

ATTACHMENT TO  ☑ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: Kenneth Jackson

alleges that defendant *(name)*: Wal-Mart, Inc.

☑ Does 1 to 10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)* February 25, 2005
at *(place)* Gilroy, California

*(description of reasons for liability)*:

BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING:

Plaintiff hereby incorporates the allegations in the first and second causes of action into this cause of action. Said termination violates and breaches the implied covenant of good faith and fair dealing contained within each employment contract.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

CAUSE OF ACTION—Intentional Tort

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(6)

| SHORT TITLE: Jackson v. Wal-Mart, Inc. | CASE NUMBER: |
|---|---|

**Exemplary Damages Attachment**    Page ___7___

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint

EX-1. As additional damages against defendant *(name):*

Wal-Mart, Inc.

Plaintiff alleges defendant was guilty of
[✓] malice
[✓] fraud
[✓] oppression

as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows:

Plaintiff hereby incorporates the facts previously set for in the first, second and third causes of action.

EX-3. The amount of exemplary damages sought is
   a. [✓] not shown, pursuant to Code of Civil Procedure section 425.10.
   b. [ ] $

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]

**Exemplary Damages Attachment**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Wal-Mart, Inc.
Does 1 to 10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Kenneth Jackson

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

(ENDORSED)
FILED
FEB 1 5 2007
KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY _____ DEPUTY
M. Huerta

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Santa Clara County Superior Court
191 North First Street, San Jose, California 95113

CASE NUMBER:
*(Número del Caso):* 107CV080169

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Kenneth Jackson, c/o Stuart Wilson, 1671 The Alameda, Suite 300, San Jose, California, 95126.

DATE: FEB 1 5 2007                     Clerk, by _____ M. Huerta _____, Deputy
*(Fecha)*                                *(Secretario)*                          *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**[SEAL]**

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* Wal-Mart, Inc.

   under: ☑ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
09/18/2007
CT Log Number 512601863

**TO:** Kim Lundy
Wal-Mart Stores, Inc.
702 SW 8th Street, Mail Stop #0215
Bentonville, AR 72716

**RE:** **Process Served in California**

**FOR:** WAL-MART, INC. (Former Name) (Domestic State: DE)
Wal-Mart Stores, Inc. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Kenneth Jackson, Pltf. vs. Wal-Mart, Inc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Notice, Summons, Complaint |
| **COURT/AGENCY:** | Santa Clara County Superior Court, CA<br>Case # 107CV080169 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - On February 25, 2005 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 09/18/2007 postmarked on 09/14/2007 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service - file written response // 9-27-07 at 10:00 a.m. - Case Management Conference |
| **ATTORNEY(S) / SENDER(S):** | Kenneth Jackson<br>c/o Stuart Wilson<br>1671 The Alameda, Suite 300<br>San Jose, CA 95126<br>408-832-1311 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/18/2007, Expected Purge Date: 09/23/2007<br>Image SOP - Page(s): 11<br>Email Notification, Melanie McGrath-CT West<br>CLS-Verificationwest@WoltersKluwer.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Dianne Christman |
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Page 1 of 1 / BF

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| SUPERIOR COURT, STATE OF CALIFORNIA COUNTY OF SANTA CLARA DEPARTMENT 7 191 North First Street, San Jose, CA 95113 408.882.2170 · 408.882.2193 (fax) smanoukian@scscourt.org http://www.sccsuperiorcourt.org |  (ENDORSED) FILED FEB 0 1 2008 KIRI TORRE Chief Executive Officer/Clerk Superior Court of CA County of Santa Clara BY _____ DEPUTY (For Clerk's Use Only) |
|---|---|

JACKSON v. WAL-MART, INC.                                   Case No.: 1-07-CV-080169
Date: 1 February 2008            Time: 10:00 a.m.           Line Number: 6

This matter will be heard by the Honorable Judge Socrates Peter Manoukian in Department 7 in the Downtown Superior Courthouse, 3rd Floor, 191 North First Street, San Jose. Any party opposing the tentative ruling must call Department 7 at 408.882.2170 and the opposing party no later than 4:00 PM on Thursday 31 January 2008. If you wish to contest the tentative ruling, please specify the issue using the email protocol. Send a copy of your email to all counsel.

The Motions of Defendant Wal-Mart, Inc. ("Defendant") to Compel Plaintiff Kenneth Jackson ("Plaintiff") to provide answers and responses to General Form Interrogatories (Set One), Employment Form Interrogatories (Set One), Request for Production of Documents (Set One), Request for Statement of Damages, and for monetary sanctions came on regularly for hearing before the Honorable Socrates Peter Manoukian on 1 February 2008 at 10:00 a.m. in Department 7. The matter having been submitted, the Court finds and orders as follows:

The Motions are opposed. The Opposition to the Motions were untimely [(Code of Civil Procedure, § 1005(b)[2]] and the Court may refuse to consider it. (Rule of Court 3.1300(d)[3]). However, the Court has decided to examine the Opposition to the Motions.

The motion was served shortly before the current counsel became of record. The opposition does not really dispute the motion on the merits. However, the long and short of the matter is that even at this stage, the responses have not been provided.

**Motion to Compel Answers and Responses to General Form Interrogatories (Set One):**

On October 19, 2007, Defendant served Defendant's General Form Interrogatories (Set One), and Employment Form Interrogatories (Set One) on Plaintiff by U.S. Postal Service. Responses were due by November 26, 2007. Defendant received no response from Plaintiff.

A responding party is required to serve responses to interrogatories within 30 days after service of the interrogatories. Code of Civil Procedure §2030.260(a). Five additional days are given to a responding party if the discovery was served by mail. Code of Civil Procedure § 1013(a).

The Motion is GRANTED. Plaintiff shall serve verified, code compliant answers and responses within 20 calendar days of this Order. Objections are deemed waived.

**Motion to Compel Answers and Responses to Request for Production of Documents (Set One):**

On October 19, 2007, Defendant served Defendant's Request for Production of Documents (Set One) on Plaintiff. Responses were due by November 26, 2007. Defendant received no response from Plaintiff.

---

[2] "All papers opposing a motion so noticed shall be filed with the court and a copy served on each party at least nine court days.."

[3] "If the court, in its discretion, refuses to consider a late filed paper, the minutes or order shall so indicate." The Court has in fact read the Opposition and would come to the same conclusion.

A responding party is required to serve responses within 30 days after service of the inspection demand. Code of Civil Procedure § 2031.260(a). Responding party is given five additional days to serve responses if the discovery request was by mail. Code of Civil Procedure § 1013(a).

The Motion is GRANTED. Documents and things shall be produced within 20 calendar days of this Order. Objections are deemed waived.

### Motion to Compel Answers and Responses to Request for Statement of Damages:

On October 30, 2007, Defendant served Defendant's Request for Statement of Damages on Plaintiff. Responses were due by November 20, 2007. Defendant received no response from Plaintiff.

A responding party is required to serve responses within 15 days after service of the request for statement of damages. Code of Civil Procedure § 425.11(b). Responding party is given five additional court days to serve responses if the discovery was served by mail. Code of Civil Procedure § 1013(a).

The Motion is GRANTED. Plaintiff shall serve verified, code compliant answers and responses within 20 calendar days of this Order. Objections are deemed waived.

### Motion for Monetary Sanctions:

On December 5, 2007, Defendant served a letter to *In propria persona* Plaintiff and the attorney assisting him regarding the lack of timely responses to the discovery requests, a new deadline of December 12, 2007 for responses, and an intention to file a Motion to Compel for failure to respond to discovery requests. Defendant received no response from Plaintiff regarding the matter discussed in the letter dated December 5, 2007, or discovery responses.

The Request of Defendant for monetary sanctions is GRANTED. The request is code-compliant. Plaintiff acted without substantial justification, pursuant to Code of Civil Procedure, § 2023.010(d) by failing to respond or to submit to an authorized method of discovery and under Code of Civil Procedure, § 2023.010(i) by failing to confer in person, by telephone, or by letter with an opposing party or attorney in a reasonable and good faith attempt to resolve informally any dispute concerning discovery, if the section governing a particular discovery motion requires the filing of a declaration stating facts showing that an attempt at informal resolution has been made. Plaintiff shall pay $610.00 to counsel for Defendant within 20 calendar days of this Order.

The Court does not award monetary sanction for time spent meeting and conferring because counsel are obligated to do so prior to bringing a motion to compel. Further, the Court does not award anticipated costs of appearing at a hearing, but will reconsider them should this matter proceed to a hearing.

DATED: FEB 0 1 2008

SOCRATES P. MANOUKIAN
HON. SOCRATES PETER MANOUKIAN
*Judge of the Superior Court*
*County of Santa Clara*

1  Stuart M. Wilson
   State Bar #94633
2  1671 The Alameda, Suite 300
   San Jose, CA  95126
3  Telephone: (408) 293-8400
   Facsimile: (408) 293-0714
4

5  Attorney for Plaintiff

6

7
                SUPERIOR COURT OF CALIFORNIA,
8
                   COUNTY OF SANTA CLARA
9

10

11  KENNETH JACKSON,              )    CASE NO. 1-07-CV-080169
                                  )
12       Plaintiff,               )    STATEMENT OF DAMAGES
                                  )
13  vs.                           )
                                  )
14  Wal-Mart, Inc., et al.,       )
                                  )
15       Defendants.              )
                                  )
16
        1.  Loss of earnings: Estimate to date: $24,856.
17
        2.  Pain and suffering: $100,000
18
        3.  Loss of life insurance: $200,000
19

20
    Dated: March 2, 2008
21
                                       *Stuart M. Wilson* (signature)
22
                                       ─────────────────────────
                                          Stuart M. Wilson
23                                        Attorney for Plaintiff

24

25

26

27

28


                                  1

                          STATEMENT OF DAMAGES

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
Kenneth Jackson

**DEFENDANTS**
Wal-Mart Stores, Inc.

C08  01670  RS

(b) County of Residence of First Listed Plaintiff: Santa Clara
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Law Offices of Stuart Wilson (SBN 94633)
1671 The Alameda #300, San Jose, CA 95126
P: (408) 293-8400 F: (408) 293-0714

E-FILING

Attorneys (If Known)
Gregory L. Spallas (SBN 129306) and Shivani Sutaria (SBN 249942)
Phillips, Spallas & Angstadt, LLP
650 California St 10FL, San Francisco, CA, 94108
P: (415) 278-9400  F: (415) 278-9411

BY FAX

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☒ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities — Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities — Other | ☐ 550 Civil Rights ☐ 555 Prison Condition | ☐ 462 Naturalization Application ☐ 463 Habeas Corpus - Alien Detainee ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1441(b); 28 U.S.C. 1332
Brief description of cause:
Wrongful Termination in Violation of Public Policy (age and perceived disability discrimination)

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ None on Complaint
- CHECK YES only if demanded in complaint: JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE". None

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
- [ ] SAN FRANCISCO/OAKLAND
- [X] SAN JOSE

DATE: March 27, 2008       SIGNATURE OF ATTORNEY OF RECORD: /s/ Shivani Sutaria

10743184.tif - 3/27/2008 11:14:00 AM