Gregory L. Spallas, SBN 129306
Shivani Sutaria, SBN 249942
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, Tenth Floor
San Francisco, California 94108
Tel:   (415) 278-9400
Fax:   (415) 278-9411

Attorneys for Defendant
WAL-MART, STORES, INC., (erroneously
sued herein as WAL-MART, INC.)

FILED
2008 MAR 27  P 2: 26

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C08 01670

| | |
|---|---|
| KENNETH JACKSON,<br><br>             Plaintiff,<br><br>vs.<br><br>WAL-MART, INC.,<br><br>             Defendant. | Fed Case No. TO BE ASSIGNED<br><br>[Santa Clara County Superior Court<br>Case No. 1-07-CV-080169]<br><br>**DECLARATION OF GREGORY L. SPALLAS IN SUPPORT OF DEFENDANT WAL-MART STORES, INC.'S PETITION FOR REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. §1441(b) [DIVERSITY]**<br><br>JURY TRIAL DEMANDED |

I, Gregory L. Spallas, declare as follows:

1.    I am an attorney duly licensed to practice law before all Courts of the State of California as well as in the United States District Court, Northern District of California and am a partner in the law firm of Phillips, Spallas & Angstadt LLP, attorneys of record herein for Defendant WAL-MART STORES, INC.

2.    I have personal knowledge of all matters stated herein, and if called upon as a witness could and would testify competently thereto.

-1-
DECLARATION BY GREGORY L. SPALLAS IN SUPPORT OF DEFENDANT WAL-MART STORES, INC.'S PETITION FOR REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY]
*U.S.D.C. – Northern District of California, Case No. TBD*

3. Attached as Exhibit A, is a true and accurate copy of Plaintiff's Complaint.

4. Attached as Exhibit B, is a true and accurate copy of Summons for Plaintiff's Complaint.

5. Attached as Exhibit C, is a true and accurate copy of the Service of Process Transmittal for Plaintiff's Complaint and Summons.

6. Attached as Exhibit D, is a true and accurate copy of Judge Socrates P. Manoukian's order granting Defendant's Motion to Compel Responses and for Monetary Sanctions against Plaintiff.

7. Attached as Exhibit E, is a true and accurate copy of Plaintiff's Statement of Damages.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25TH day of March, 2008, at San Francisco, California.

Dated: March 25, 2008

PHILLIPS, SPALLAS & ANGSTADT LLP

*[signature]*
Gregory L. Spallas
Shivani Sutaria
Attorneys for Defendant
WAL-MART STORES, INC.

-2-
DECLARATION BY GREGORY L. SPALLAS IN SUPPORT OF DEFENDANT WAL-MART STORES, INC.'S PETITION FOR REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY]
*U.S.D.C. – Northern District of California, Case No. TBD*

## PROOF OF SERVICE

*Kenneth Jackson v. Wal-Mart Stores, Inc.*

**United States District Court for the Northern District of California, Case No. TBD**

I am a citizen of the United States and a resident of the County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 650 California Street, 10th Floor, San Francisco, CA 94108.

| | |
|---|---|
| __X__ | On the date indicated below, I served the document(s) designated below on all parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office in accordance with ordinary business practices for deposit with the United States Postal Service in San Francisco, California. I am readily familiar with my office business practice for collection and processing of correspondence for mailing and the within correspondence will be deposited with the United States Postal Service this date in the ordinary course of business. |
| _____ | On the date indicated below, I served the document(s) designated below by transmitting a true copy thereof from facsimile number (415) 278-9411 to the facsimile number(s) listed below, pursuant to California Rule of Court 2008. I hereby certify that there was no error in transmission, that the transmission was reported and complete, and that a transmission report was properly issued by sender's facsimile machine. |

**DOCUMENT(S) SERVED:**

DEFENDANT WAL-MART STORES, INC.'S PETITION FOR REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY]

DEFENDANT WAL-MART STORES, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY]

DECLARATION OF GREGORY L.SPALLAS IN SUPPORT OF DEFENDANT WAL-MART STORES, INC.'S PETITION FOR REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. §1441(b) [DIVERSITY]

Stuart Wilson Esq.
LAW OFFICES OF STUART WILSON
1671 The Alameda, Suite 300
San Jose, California 95126

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **March 25, 2008,** at San Francisco, California.

_____
Joseph M. Clark

DECLARATION BY GREGORY L. SPALLAS IN SUPPORT OF DEFENDANT WAL-MART STORES, INC.'S PETITION FOR REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY]
*U.S.D.C. – Northern District of California, Case No. TBD*