1  **Gregory L. Spallas, SBN 129306**
   **Shivani Sutaria, SBN 249942**
2  PHILLIPS, SPALLAS & ANGSTADT LLP
   650 California Street, Tenth Floor
3  San Francisco, California 94108
   Tel:   (415) 278-9400
4  Fax:   (415) 278-9411

5  Attorneys for Defendant
   WAL-MART STORES, INC.

6

7                   UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9  KENNETH JACKSON                )  Case No. C 08-01670 RS
10                                 )
        Plaintiff,                 )
11                                 )
    v.                             )  **DECLINATION TO PROCEED BEFORE**
12                                 )  **A MAGISTRATE JUDGE AND**
    WAL-MART STORES, INC.          )  **REQUEST FOR REASSIGNMENT TO A**
13      Defendant.                 )  **UNITED STATES DISTRICT JUDGE**
                                   )
14                                 )
                                   )
15                                 )
                                   )
16  _____ )

17       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18  The undersigned party herby declines to consent to the assignment of this case to a United States

19  Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United

20  States District Judge.

21

22  Date  March 31, 2008           Signature  [signature]

23

24                                 Counsel for  Defendant