**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
────────────
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**April 1, 2008**

**CASE NUMBER: CV 08-01670 RS**
**CASE TITLE: KENNETH JACKSON-v-WAL-MART, INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case reassigned to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 03/31/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                    Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies         Special Projects
Log Book Noted                                   Entered in Computer 04/01/08 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                           Transferor CSA