UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kenneth Jackson

          Plaintiff(s),

    v.

Wal-Mart Stores, Inc.

          Defendant(s).
_____/

Case No. 5:08-cv-01670-JF

ADR CERTIFICATION BY PARTIES AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: June 24, 2008

                                                                    Counsel on behalf of Wal-Mart
                                                                   [Party]

Dated: June 24, 2008

                                                                   [Counsel]
                                                                   Shivani Sutaria