UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kenneth Jackson

CASE NO. 5:08-cv-01670-JF

Plaintiff(s),

v.

Wal-Mart Stores, Inc.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
✓     Early Neutral Evaluation (ENE)  (ADR L.R. 5)
      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

      other requested deadline _____

Dated:_____

                                        Attorney for Plaintiff

Dated: June 25, 2008

                                        Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
X   Early Neutral Evaluation (ENE)
      Mediation
      Private ADR

Deadline for ADR session
X   90 days from the date of this order.
      other

IT IS SO ORDERED.

Dated: 6/26/08

~~UNITED STATES MAGISTRATE JUDGE~~
US DISTRICT COURT JUDGE JEREMY FOGEL

**PROOF OF SERVICE BY MAIL**

**Kenneth Jackson v. Wal-Mart Stores, Inc.**

**Santa Clara County Superior Court - #1-07-CV-080169**

I, the undersigned, declare:

That I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within cause; that my business address is 650 California Street, Tenth Floor, San Francisco, California 94108.

That on June 25, 2008, I served the within:

1)     STIPULATION AND [PROPOSED] ORDER SELECTING THE ADR PROCESS

on the parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office addressed as set forth below in accordance with ordinary business practices for deposit with the United State Postal Service in San Francisco, California. I am readily familiar with my office business practice for collection and processing of correspondence for mailing and the within correspondence will be deposited with the United States Postal Service this date in the ordinary course of business.

Stuart Wilson
1671 The Alameda, Suite 300
San Jose, CA 95126

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 25, 2008, at San Francisco, California.

Joseph Clark