UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, July 18, 2008
**Case Number:** CV-08-1670-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:              KENNETH JACKSON  V. WAL-MART STORES, INC.

| PLAINTIFF | DEFENDANT |
|---|---|
| Attorneys Present:  Stuart Wilson | Attorneys Present: Shivani Sutaria |

PROCEEDINGS:

Case management conference  held.  Parties are present.  Continue to 10/3/08 at 10:30 a.m. for further case management conference.