Gregory L. Spallas, SBN 129306
Shivani Sutaria, SBN 249942
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, Tenth Floor
San Francisco, California 94108
Tel:    (415) 278-9400
Fax:    (415) 278-9411

Attorneys for Defendant
WAL-MART, STORES, INC., (erroneously
sued herein as WAL-MART, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JACKSON,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART, INC.,<br><br>Defendant. | Case No. 5:08-cv-01670-JF RS<br><br>[PROPOSED] ORDER COMPELLING INITIAL DISCLOSURES AND GRANTING REQUEST FOR SANCTIONS<br><br>Date: September 10, 2008<br>Time: 9:30 a.m.<br>Judge: Richard Seeborg<br>Room: 4 |

Defendant WAL-MART STORES, INC.'s Motion to Compel Plaintiff KENNETH JACKSON's Initial Disclosures came on regularly for hearing in Courtroom 10 of the above-entitled court on September 10, 2008.

Shivani Sutaria of Phillips, Spallas & Angstadt LLP, appeared for defendant and moving party Wal-Mart Stores, Inc.; Stuart Wilson of the Law Offices of Stuart Wilson, appeared for plaintiff Kenneth Jackson. After consideration of the moving and opposition papers filed, arguments having been heard, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. Defendant's Motion to Compel Initial Disclosures is hereby GRANTED. Plaintiff's Initial Disclosures must be served on Defendant no later than September 17, 2008;

- 1 -

2. Defendant's Motion for Sanctions in the form of evidence preclusion of all of Plaintiff's witnesses and documents due to failure to serve Initial Disclosures as required under FRCP 26(a)(1), is hereby GRANTED.

ALTERNATIVELY, Defendant's Motion for Sanctions in the form of limiting Plaintiff's witness to Kenneth Jackson and documents to those produced during state court discovery due to failure to serve written Initial Disclosures as required under FRCP 26(a)(1), is hereby GRANTED.

3. Defendant's Motion for monetary Sanctions in the amount of $1216.00, representing the fees and costs incurred by Defendant (and expected to be incurred) in connection with the filing of this Motion, is hereby GRANTED.

Dated: _____      _____
                                     Magistrate Judge Richard Seeborg

## PROOF OF SERVICE BY MAIL

### Kenneth Jackson v. Wal-Mart Stores, Inc.

### US District Court Norther District of California - #5:08-CV-01670-JFRS

I, the undersigned, declare:

That I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within cause; that my business address is 650 California Street, Tenth Floor, San Francisco, California 94108.

That on August 7, 2008, I served the within:

1) **DECLARATION OF SHIVANI SUTARIA IN SUPPORT OF MOTION TO COMPEL AND REQUEST FOR MONETARY SANCTIONS**

2) **DEFENDANT WAL-MART STORES, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL INITIAL DISCLOSURES AND REQUEST FOR SANCTIONS**

3) **NOTICE OF MOTION AND MOTION TO COMPEL INITIAL DISCLOSURES AND REQUEST FOR SANCTIONS**

4) **[PROPOSED] ORDER**

on the parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office addressed as set forth below in accordance with ordinary business practices for deposit with the United State Postal Service in San Francisco, California. I am readily familiar with my office business practice for collection and processing of correspondence for mailing and the within correspondence will be deposited with the United States Postal Service this date in the ordinary course of business.

Stuart Wilson
1671 The Alameda, Suite 300
San Jose, CA 95126

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 7, 2008, at San Francisco, California.

Joseph Clark