Gregory L. Spallas, SBN 129306
Shivani Sutaria, SBN 249942
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, Tenth Floor
San Francisco, California 94108
Tel:  (415) 278-9400
Fax:  (415) 278-9411

Attorneys for Defendant
WAL-MART, STORES, INC., (erroneously sued herein as WAL-MART, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JACKSON,<br><br>          Plaintiff,<br><br>vs.<br><br>WAL-MART, INC.,<br><br>          Defendant. | Case No. 5:08-cv-01670-JF RS<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL INITIAL DISCLOSURES AND REQUEST FOR SANCTIONS**<br><br>Date:  September 10, 2008<br>Time:  9:30 a.m.<br>Judge:  Richard Seeborg<br>Room:  4 |

**TO PLAINTIFF AND HIS ATTORNEY OF RECORD:**

YOU ARE HEREBY NOTIFIED that at 9:30 a.m. on September 10, 2008 or as soon thereafter as the matter can be heard, in Courtroom 4 of this court, located at 280 South 1st Street, San Jose, California 95113, Defendant WAL-MART STORES, INC. (hereinafter "Wal-Mart" or "Defendant") will move and hereby does move this Court for an order to compel Plaintiff KENNETH JACKSON (hereinafter "Plaintiff") to serve Defendant with Initial Disclosures. Defendant will move and hereby also moves this court for an award of sanctions, issued against Plaintiff, in the form of evidence preclusion and in the amount of $1216.00 for fees and costs associated with filing this Motion.

Defendant brings a Motion to Compel Disclosures under FRCP 37(a)(3)(A). This Motion is made on the ground that Plaintiff has failed to serve Defendant with its Initial Disclosures as required

by FRCP 26 (a)(1). Plaintiff failed to serve Defendant with Initial Disclosures by July 8, 2008, the date stipulated in the Joint Case Management Conference (hereinafter "CMC") statement. Plaintiff also failed to serve Defendant with Initial Disclosures at the Initial CMC on July 18, 2008 or within fourteen days after the CMC. Defendant served Plaintiff with its Initial Disclosures on July 3, 2008. Defendant met and conferred with Plaintiff on several occasions, requesting that Plaintiff serve Initial Disclosures; Defendant requested the Disclosures on June 25, 2008 during a telephone conversation, again in person on July 18, 2008, and through a letter on July 21, 2008. Plaintiff has failed to serve Defendant with its Disclosures to date.

Defendant requests the Court to issue Sanctions in the form of an Order demanding Plaintiff serve his Disclosures. Defendant also seeks sanctions against Plaintiff in the form of evidence preclusion under FRCP 37(c)(1). Due to the time and expense incurred because of the non-cooperative conduct of Plaintiff, Defendant requests under FRCP 37(c)(1)(A) it be awarded monetary sanctions in the amount of $1216.00.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the concurrently filed Declaration of Shivani Sutaria, in support thereof and exhibits thereto, the Court's files and records herein, any and all exhibits produced during the pleading stages of this motion, and all oral and documentary evidence, if any, produced at the hearing of this motion.

Dated: August 7, 2008                    PHILLIPS, SPALLAS & ANGSTADT LLP

                                         _____
                                         Gregory L. Spallas
                                         Shivani Sutaria
                                         Attorneys for Wal-Mart Stores, Inc.

## PROOF OF SERVICE BY MAIL

### Kenneth Jackson v. Wal-Mart Stores, Inc.

### US District Court Norther District of California - #5:08-CV-01670-JFRS

I, the undersigned, declare:

That I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within cause; that my business address is 650 California Street, Tenth Floor, San Francisco, California 94108.

That on August 7, 2008, I served the within:

1) **DECLARATION OF SHIVANI SUTARIA IN SUPPORT OF MOTION TO COMPEL AND REQUEST FOR MONETARY SANCTIONS**

2) **DEFENDANT WAL-MART STORES, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL INITIAL DISCLOSURES AND REQUEST FOR SANCTIONS**

3) **NOTICE OF MOTION AND MOTION TO COMPEL INITIAL DISCLOSURES AND REQUEST FOR SANCTIONS**

4) **[PROPOSED] ORDER**

on the parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office addressed as set forth below in accordance with ordinary business practices for deposit with the United State Postal Service in San Francisco, California. I am readily familiar with my office business practice for collection and processing of correspondence for mailing and the within correspondence will be deposited with the United States Postal Service this date in the ordinary course of business.

Stuart Wilson
1671 The Alameda, Suite 300
San Jose, CA 95126

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 7, 2008, at San Francisco, California.

Joseph Clark