Stuart M. Wilson
State Bar #94633
1671 The Alameda, Suite 300
San Jose, CA  95126
Telephone: (408) 293-8400
Facsimile: (408) 293-0714
E-mail: stuartwilson@earthlink.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JACKSON, | CASE NO. 5:08-cv-01670-JF RS |
| Plaintiff, | PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL INITIAL DISCLOSURES AND REQUEST FOR SANCTIONS; POINTS AND AUTHORITIES |
| vs. | |
| WAL-MART, INC., | |
| Defendant. | |

STATEMENT OF FACTS

Defendant served and filed this motion on August 7, 2008, to be heard on September 10, 2008.  The motion was set for hearing 34 days after noticing, filing and serving the motion.

POINTS AND AUTHORITIES

Civil Local Rule 7-2(a) states:

> Except as otherwise ordered or permitted by the assigned Judge or these Local Rules, and except for motions made during the course of a trial or hearing, all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion.

1

1  Plaintiff respectfully requests that the motion be denied
2 for failure of the moving party to comply with the local rule
3 regarding filing and service of motions.

Dated:  August 20, 2008          S/Stuart M. Wilson

                                 Stuart M. Wilson
                                 Attorney for Plaintiffs

2

PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL