1 | **Gregory L. Spallas, SBN 129306**
**Shivani Sutaria, SBN 249942**
2 | PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, Tenth Floor
3 | San Francisco, California 94108
Tel:    (415) 278-9400
4 | Fax:    (415) 278-9411

5 | Attorneys for Defendant
WAL-MART, STORES, INC., (erroneously
6 | sued herein as WAL-MART, INC.)

7 | <center>UNITED STATES DISTRICT COURT</center>

8 | <center>NORTHERN DISTRICT OF CALIFORNIA</center>

9

10 | KENNETH JACKSON,

Case No.  5:08-cv-01670-JF RS

11 |

12 | Plaintiff,

13 | vs.

14 | WAL-MART, INC.,

15 | Defendant.

16

17

**DECLARATION OF SHIVANI
SUTARIA IN SUPPORT OF REPLY TO
PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO COMPEL
AND REQUEST FOR MONETARY
SANCTIONS**

**Date:    September 10, 2008**
**Time:    9:30 a.m.**
**Judge:  Magistrate Richard Seeborg**
**Room:  4**

18 | I, Shivani Sutaria, hereby declare:

19 |     1.    I am an attorney duly licensed to practice law in the State of California and am an

20 | associate in the law firm of Phillips, Spallas & Angstadt LLP, attorneys of record herein for Defendant

21 | WAL-MART STORES, INC. in the above-captioned case.

22 |     2.    I have personal knowledge of the matters set forth herein, and if called upon as a

23 | witness could competently testify thereto.

24 |     3.    On August 7, 2008, Defendant filed a Motion to Compel Plaintiff's Initial Disclosures

25 | with the United States District Court, Northern District of California.   Defendant served Plaintiff with

26 | the Motion and its accompanying documents on August 7, 2008.

27 |     4.    Defendant set the Motion's hearing date before Magistrate Judge Richard Seeborg on

28 | September 10, 2008 at 9:30 a.m.   Defendant made an inadvertent calendaring miscalculation and

<center>- 1 -</center>

1   believed September 10, 2008 was 35 days after August 7, 2008.

2          5.      After Defendant filed the Motion to Compel, Plaintiff continued to fail to serve its

3   Disclosures for an additional almost two weeks.   Plaintiff served his Disclosures on August 20, 2008.

4   A true and correct copy of Plaintiff's Disclosures and Proof of Service are attached hereto as **Exhibit**

5   **A.**

6          6.      Plaintiff's Disclosures state that damages include "loss of earnings to date – estimated

7   at $24,856 to date."   Plaintiff claimed this exact number for loss of earnings in its Statement of

8   Damages served on March 2, 2008, almost six months ago.   A true and correct copy of Plaintiff's

9   Statement of Damages dated March 2, 2008 is attached hereto as **Exhibit B**.

10         7.      On August 20, 2008, Plaintiff filed an Opposition to Defendant's Motion to Compel

11  Disclosures based on Defendant's calendaring miscalculation in setting the Motion's hearing date.

12         8.      The following expenditures have been and shall be incurred by Defendant in seeking

13  responses to the discovery requests:

14         ‣     Draft Memorandum of Points and Authorities in Support of Motion to Compel,

15               Declaration of Shivani Sutaria                    [2.9 hrs]

16         ‣     Review Opposition to motion and Draft Reply        [2.0 hrs]

17         ‣     Attend and argue Motion to Compel                  [1.5 hrs]

18         At our regular hourly rate of $190/hour, Defendants will incur expenses in excess of

19  $1,216.00.

20         I declare under penalty of perjury under the laws of the Sate of California that the foregoing is

21  true and correct and my own personal knowledge and this declaration was executed on August 25,

22  2008.

23

24

25

26                                  _____
                                    Shivani Sutaria
27                                  Attorney for Defendant Wal-Mart Stores, Inc.

28

1      ## PROOF OF SERVICE BY MAIL

2      ## Kenneth Jackson v. Wal-Mart Stores, Inc.

3      ## US District Court Norther District of California - #5:08-CV-01670-JFRS

4      I, the undersigned, declare:

5      That I am employed in the City and County of San Francisco, State of California; that I

6      am over the age of eighteen years and not a party to the within cause; that my business address is

7      650 California Street, Tenth Floor, San Francisco, California 94108.

8      That on August 25, 2008, I served the within:

9   1)    **DECLARATION OF SHIVANI SUTARIA IN SUPPORT OF REPLY TO**

10        **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL AND**

11        **REQUEST FOR MONETARY SANCTIONS**

12  2)    **DEFENDANT WAL-MART STORES, INC.'S REPLY TO PLAINTIFF'S**

13        **OPPOSITION TO DEFENDANT'S MOTION TO COMPEL INITIAL**

14        **DISCLOSURES AND REQUEST FOR SANCTIONS**

15     on the parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope

16     with postage thereon fully prepaid, in the outgoing mail box located in my office addressed as set

17     forth below in accordance with ordinary business practices for deposit with the United State

18     Postal Service in San Francisco, California. I am readily familiar with my office business

19     practice for collection and processing of correspondence for mailing and the within

20     correspondence will be deposited with the United States Postal Service this date in the ordinary

21     course of business.

22     Stuart Wilson
       1671 The Alameda, Suite 300
23     San Jose, CA 95126

24     I declare under penalty of perjury under the laws of the State of California that the

25     foregoing is true and correct. Executed on August 25, 2008, at San Francisco, California.

26

27                                              Joseph Clark

28

# Exhibit A

1  Stuart M. Wilson
   State Bar #94633
2  1671 The Alameda, Suite 300
   San Jose, CA  95126
3  Telephone: (408) 293-8400
   Facsimile: (408) 293-0714
4  E-mail: stuartwilson@earthlink.net

5  Attorney for Plaintiffs

6

7                  UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9

10

11 KENNETH JACKSON,              )     CASE NO. 5:08-cv-01670-JF RS
                                 )
12      Plaintiff,               )     PLAINTIFF'S INITIAL
                                 )     DISCLOSURES (FRCP 26)
13                               )
                                 )
14 vs.                           )
                                 )
15 WAL-MART, INC.,               )
                                 )
16      Defendant.               )
                                 )
17 _____)

18      Counsel for Plaintiff Kenneth Jackson hereby certifies that

19 to the best of my knowledge, information and belief, formed

20 after an inquiry that is reasonable under the circumstances,

21 this Disclosure is complete and correct as of the time it is

22 made.

23      A.   ALL PERSONS HAVING DISCOVERABLE INFORMATION:

24           1.  Plaintiff Kenneth Jackson;

25           2.  Lee Jackson, Santa Clara, California, (408) 832-

26           1311;

27           3.  Sammy _____, Employment Director of Wal-Mart,

28 last name and address not known at this time; and

                            1

1      4.  Josephine _____, Assistant Manager, Wal-Mart

2 Gilroy, last name and address not known at this time.

3    B.  ALL DOCUMENTS:

4      1.  Plaintiff's employment contract with Wal-Mart,

5 consisting of Training Plan Acknowledgment, Acknowledgment,

6 Customer Service Scheduling Availability, Department Orientation

7 Checklist, Guideline on Where to Find Information on Orientation

8 Topics, Acknowledgment of Receipt of Alcohol and Drug Abuse

9 Policy, Application, Clothes Acknowledgment, Profit Sharing

10 Agreement, Job Description and Associates' Health and Welfare

11 Trust;

12      2.  Miscellaneous awards (Great Job Award, Award of

13 Excellence, Efficiency Award) contained within Plaintiff's

14 employment file;

15      3.  Miscellaneous pay stubs and documents from

16 Plaintiff's current employer - Safeway, Inc.;

17      4.  Documents relating to Plaintiff's life insurance

18 policy, coverage and benefits; and

19      5.  Wal-Mart Associate Handbook and Associates

20 Benefits Handbook.

21    C.  DAMAGES:

22      1.  Loss of earnings to date - estimated at $24,856 to

23      date;

24      2.  Pain and suffering - $100,000; and

25      3.  Loss of life insurance - $200,000.

26    D.  INSURANCE:

27      None.

28

1  Dated: August 20, 2008                    *Stuart M. Wilson*

2                                            Stuart M. Wilson
                                             Attorney for Plaintiff
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' INITIAL DISCLOSURES

PROOF OF SERVICE BY FAX TRANSMISSION AND MAIL

        I am a citizen of the United States and am over the age of
eighteen years and not a party to the within entitled action; my
business address is 1671 The Alameda, Suite 300, San Jose,
California, which is located in the county where the facsimile
machine ("fax") transmission described below took place.

        On _August 20, 2008_____, at 11:00 am  I caused a facsimile
machine transmission from the following facsimile machine phone
number: (408) 293-0714 of the following described documents:

_____Plaintiff's Initial Disclosure_____

_____

_____

_____

to the following persons at the following facsimile machine
phone numbers:

        Law Office of Gregory L Spallas (415) 278-9411



        At the same date and place I served the above documents by
mail as well, by placing a true and correct copy thereof
enclosed in a sealed envelope with postage thereon fully prepaid
in the United States mail at San Jose, California, addressed as
follows:

        Gregory L. Spallas
        Shivani Sutaria
        Phillips, Spallas & Angstadt LLP
        650 California Street, Tenth Floor
        San Francisco, CA 94108



        I declare under penalty of perjury under the laws of the
State of California that the foregoing is true and correct.

Dated:   8-20-08
_____         _____

4

# Exhibit B

1  Stuart M. Wilson
   State Bar #94633
2  1671 The Alameda, Suite 300
   San Jose, CA  95126
3  Telephone: (408) 293-8400
   Facsimile: (408) 293-0714
4

5  Attorney for Plaintiff

6

7

8                    SUPERIOR COURT OF CALIFORNIA,

9                      COUNTY OF SANTA CLARA

10

11  KENNETH JACKSON,           )    CASE NO. 1-07-CV-080169
                               )
12       Plaintiff,            )    STATEMENT OF DAMAGES
                               )
13  vs.                        )
                               )
14  Wal-Mart, Inc., et al.,    )
                               )
15       Defendants.           )
    _____)
16
        1.  Loss of earnings: Estimate to date: $24,856.
17
        2.  Pain and suffering: $100,000
18
        3.  Loss of life insurance: $200,000
19

20
    Dated: March 2, 2008
21
                              *Stuart M. Wilson*
22
                              _____
23                                  Stuart M. Wilson
                                  Attorney for Plaintiff
24

25

26

27

28


                              1


    _____
                     STATEMENT OF DAMAGES