Gregory L. Spallas, SBN 129306
Shivani Sutaria, SBN 249942
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, Tenth Floor
San Francisco, California 94108
Tel: (415) 278-9400
Fax: (415) 278-9411

Attorneys for Defendant
WAL-MART, STORES, INC., (erroneously sued herein as WAL-MART, INC.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JACKSON,<br><br>     Plaintiff,<br><br>vs.<br><br>WAL-MART, INC.,<br><br>     Defendant. | Case No. 5:08-cv-01670-JF RS<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO COMPEL INITIAL DISCLOSURES AND REQUEST FOR SANCTIONS**<br><br>Date: September 10, 2008<br>Time: 9:30 a.m.<br>Judge: Richard Seeborg<br>Room: 4 |

**TO THIS HONORABLE COURT AND PLAINTIFF AND HIS ATTORNEY OF RECORD:**

YOU ARE HEREBY NOTIFIED that Defendant WAL-MART STORES, INC. withdraws its Motion to Compel Plaintiff KENNETH JACKSON'S Initial Disclosures and Request for Sanctions. The Motion's hearing at 9:30 a.m. on September 10, 2008 in Courtroom 4 of this court, located at 280 South 1st Street, San Jose, California 95113 will be taken off-calendar. Plaintiff served, albeit untimely, Defendant with his Initial Disclosures on August 20, 2008.

Dated: August 26, 2008                           PHILLIPS, SPALLAS & ANGSTADT LLP

_____
Gregory L. Spallas
Shivani Sutaria
Attorneys for Wal-Mart Stores, Inc.

## PROOF OF SERVICE BY FACSIMILE AND MAIL

### Kenneth Jackson v. Wal-Mart Stores, Inc.

### US District Court Norther District of California - #5:08-CV-01670-JFRS

I, the undersigned, declare:

That I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within cause; that my business address is 650 California Street, Tenth Floor, San Francisco, California 94108.

That on August 26, 2008, I served the within:

1)  NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO COMPEL INITIAL DISCLOSURES AND REQUEST FOR SANCTIONS

on the parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office addressed as set forth below in accordance with ordinary business practices for deposit with the United State Postal Service in San Francisco, California as well as transmitting a copy via facsimile to the number listed below. I am readily familiar with my office business practice for collection and processing of correspondence for mailing and facsimile and the within correspondence will be deposited with the United States Postal Service and transmitted via facsimile this date in the ordinary course of business.

Stuart Wilson
1671 The Alameda, Suite 300
San Jose, CA 95126
F: (408) 293-0714

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 26, 2008, at San Francisco, California.

Joseph Clark