```
 1  Stuart M. Wilson
    State Bar #94633
 2  1671 The Alameda, Suite 300
    San Jose, CA  95126
 3  Telephone: (408) 293-8400
    Facsimile: (408) 293-0714
 4  E-mail: stuartwilson@earthlink.net

 5  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JACKSON, | CASE NO. 5:08-cv-01670-JF |
| Plaintiff, | PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT; POINTS AND AUTHORITIES |
| vs. | |
| WAL-MART, INC., | Date:  October 17, 2008<br>Time:  9:00 a.m.<br>Courtroom: 3, Fifth Floor |
| Defendant. | Judge: Hon. Jeremy Fogel |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

NOTICE IF HEREBY GIVEN that on October 17, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 280 S. First Street, San Jose, California, in the courtroom of the Hon. Jeremy Fogel, Plaintiff will and hereby does move the Court for an order remanding this matter to state court.  This motion is brought on the grounds that Defendant failed to remove the matter to federal court within one year after commencement of the action in violation of 28 USC § 1446(b).

1  This motion is based on this Notice of Motion and Motion,
2 the attached Memorandum of Points and Authorities, the pleadings
3 and papers on file herein, and upon such matters as may be
4 presented to the Court at the time of the hearing.

5                         STATEMENT OF FACTS
6  The following facts are from the pleadings on file in this
7 case:  Plaintiff filed his complaint in state court on February
8 15, 2007, and served the Defendant on September 18, 2007.
9 Defendant filed its Petition for Removal to Federal Court based
10 upon diversity grounds on March 27, 2008.

11                        POINTS AND AUTHORITIES
12  Cases may not be removed to federal court based upon
13 diversity grounds more than one year after the commencement
14 action in state court.  28 USC § 1446 (b) states in relevant
15 part:

16     ...If the case stated by the initial pleading is not
        removable, a notice of removal may be filed within
17      thirty days after receipt by the defendant, through
        service or otherwise, of a copy of an amended
18      pleading, motion, order or other paper from which it
        may be ascertained that the case is one which is or
19      has become removable, **except that a case may not be
        removed on the basis or jurisdiction conferred by**
20      **section 1332 of this title more that 1 year after**
        **commencement of the action.**  (Emphasis added)
21

22  The Defendant waited until more than one year from the
23 commencement of the action to file its Petition for Removal.
24 The Petition was untimely and the matter should be remanded to
25 state court.

26 Dated:  August 28, 2008          S/Stuart M. Wilson
                                    _____
27                                  Stuart M. Wilson
                                    Attorney for Plaintiff
28

                                    2
_____

                      PLAINTIFF'S MOTION TO REMAND