Stuart M. Wilson
State Bar #94633
1671 The Alameda, Suite 300
San Jose, CA  95126
Telephone: (408) 293-8400
Facsimile: (408) 293-0714
E-mail: stuartwilson@earthlink.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JACKSON, | CASE NO. 5:08-cv-01670-JF RS |
| Plaintiff, | ORDER REMANDING CASE TO STATE COURT |
| vs. | |
| WAL-MART, INC., | |
| Defendant. | |

The motion of Plaintiff for an order to remand the action to state court came on for hearing before this Court, Stuart M. Wilson appearing for Plaintiff and Shivani Sutaria appearing for Defendant.  After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Plaintiff's motion for an order remanding the action to state court is GRANTED.

Dated: _____

                                          Hon. Jeremy Fogel
                                          United States District Judge