1  Stuart M. Wilson
   State Bar #94633
2  1671 The Alameda, Suite 300
   San Jose, CA  95126
3  Telephone: (408) 293-8400
   Facsimile: (408) 293-0714
4  E-mail: stuartwilson@earthlink.net

5  Attorney for Plaintiff

6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10                                    )
11 KENNETH JACKSON,                   )   CASE NO. 5:08-cv-01670-JF
                                      )
12      Plaintiff,                    )   MOTION TO ENLARGE TIME TO
                                      )   COMPLETE EARLY NEUTRAL
13                                    )   EVALUATION HEARING
                                      )
14 vs.                                )
                                      )
15 WAL-MART, INC.,                    )
                                      )
16      Defendant.                    )
                                      )
17 _____)

18      Plaintiff hereby requests the Court to enlarge the time to
19 complete the early neutral evaluation hearing to November 14,
20 2008.  This motion is made on the grounds that there is a motion
21 by Plaintiff to remand this matter to state court pending before
22 this Court to be heard on October 17, 2008.
23      The Court's Order Selecting ADR Process dated June 27,
24 2008, requires that the ENE hearing be completed by September
25 25, 2008, and the ENE evaluator has set a hearing for September
26 17, 2008.
27      The parties discussed this motion by phone on September 2,
28 2008, but were unable to stipulate to a time change.  The ENE

                                    1

_____

                  MOTION TO ENLARGE TIME FOR ENE HEARING

1  evaluator has stated that he does oppose this request.
2       If the Court does not enlarge the time and the motion to
3  remand is granted, the Court would have wasted its valuable
4  resources on a matter that should be before state court.
5       There have been no previous time modifications in this
6  case.  The requested time modification would have no effect on
7  the schedule of the case because no trial date has been set.
8
9  Dated:   September 3, 2008           S/Stuart M. Wilson
10                                      Stuart M. Wilson
                                        Attorney for Plaintiffs