Stuart M. Wilson
State Bar #94633
1671 The Alameda, Suite 300
San Jose, CA  95126
Telephone: (408) 293-8400
Facsimile: (408) 293-0714
E-mail: stuartwilson@earthlink.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JACKSON, | CASE NO. 5:08-cv-01670-JF |
| Plaintiff, | ORDER ENLARGING TIME TO COMPLETE EARLY NEUTRAL EVALUATION HEARING |
| vs. | |
| WAL-MART, INC., | |
| Defendant. | |

After consideration of Plaintiff's Motion to Enlarge Time to Complete Early Neutral Evaluation Hearing and Defendant's Opposition, IT IS HEREBY ORDERED that Plaintiff's Motion to Enlarge Time to Complete Early Neutral Evaluation Hearing is GRANTED and that the ADR Process shall be completed by November 14, 2008

Dated: _____

Hon. Jeremy Fogel
United States District Judge