1  Stuart M. Wilson
   State Bar #94633
2  1671 The Alameda, Suite 300
   San Jose, CA  95126
3  Telephone: (408) 293-8400
   Facsimile: (408) 293-0714
4  E-mail: stuartwilson@earthlink.net

5  Attorney for Plaintiff

6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10
                                    )
11 KENNETH JACKSON,                  )   CASE NO. 5:08-cv-01670-JF
                                     )
12      Plaintiff,                   )   ORDER ENLARGING TIME TO
                                     )   COMPLETE EARLY NEUTRAL
13                                   )   EVALUATION HEARING
                                     )
14 vs.                               )
                                     )
15 WAL-MART, INC.,                   )
                                     )
16      Defendant.                   )
                                     )
17 _____   )

18      After consideration of Plaintiff's Motion to Enlarge Time

19 to Complete Early Neutral Evaluation Hearing and Defendant's

20 Opposition, IT IS HEREBY ORDERED that Plaintiff's Motion to

21 Enlarge Time to Complete Early Neutral Evaluation Hearing is

22 GRANTED and that the ADR Process shall be completed by November

23 14, 2008

24 Dated: 9/12/08          _____

25                              Hon. Jeremy Fogel
                                United States District Judge
26

27

28

                                  1
_____
                 ORDER ENLARGING TIME FOR ENE HEARING