*E-Filed 3/25/09*

Stuart M. Wilson
State Bar #94633
1671 The Alameda, Suite 300
San Jose, CA  95126
Telephone: (408) 293-8400
Facsimile: (408) 293-0714
E-mail: stuartwilson@earthlink.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JACKSON, | CASE NO. 5:08-cv-01670-JF RS |
| Plaintiff, | ORDER ALLOWING ATTORNEY OF RECORD TO WITHDRAW |
| vs. | |
| WAL-MART, INC., | |
| Defendant. | |

The motion of Plaintiff's counsel for an order to allow Plaintiff's counsel to withdraw as attorney of record came on for hearing before this Court, Stuart M. Wilson appearing for Plaintiff and Shivani Sutaria appearing for Defendant.  After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Plaintiff's motion for an order allowing him to withdraw as attorney of record is GRANTED.

Dated: 3/25/09

Hon. Jeremy Fogel
United States District Judge

1

ORDER ALLOWING COUNSEL TO WITHDRAW