1

2                                                              **E-Filed 6/22/09**

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12   KENNETH JACKSON,                     Case Number C 08-1670 JF (RS)

13                    Plaintiff,          ORDER OF DISMISSAL

14           v.

15   WAL-MART STORES, INC.,

16                    Defendant.

17

18

19         The Court has been advised that the parties have agreed to a settlement of this case.

20         IT IS HEREBY ORDERED that the case be dismissed with prejudice.  However, if any

21   party notifies the Court within ninety days of the date of this order that the agreed consideration

22   for said settlement has not been delivered, this order will be vacated and the case will be restored

23   to the calendar to be set for trial.

24         All hearings set in this matter are VACATED.

25

26   Dated:  June 22, 2009            _____

27                                    JEREMY FOGEL
                                      United States District Judge

28

Case No. C 08-1670 JF (RS)
ORDER OF DISMISSAL
(JFLC2)

1 | Copies of Order served on:

2

3 | Gregory Louis Spallas gspallas@psalaw.net, eillman@psalaw.net, jpliner@psalaw.net, koliveira@psalaw.net, ssutaria@psalaw.net

4 | Shivani Sutaria ssutaria@psalaw.net

5

6 | Kenneth Jackson
3970 Rivermark Plaza
7 | Santa Clara, CA 95050

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 08-1670 JF (RS)
ORDER OF DISMISSAL
(JFLC2)